```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                   :
ANN GREENBERG,                                     :
                                                   :
                        Plaintiff,                 :
                                                   :         21 Civ. 7222 (JPC)
               -v-                                 :
                                                   :              ORDER
KOLMAR LABORATORIES, INC.; JOHNSON &               :
JOHNSON; and JOHNSON & JOHNSON CONSUMER             :
INC.,                                              :
                                                   :
                        Defendants.                :
                                                   :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

By order dated July 7, 2022, the parties were directed to file a joint status letter by September 7, 2022, updating the Court on the status of this case. As the parties failed to file this letter, they are directed to file a joint status letter by September 19, 2022.

SO ORDERED.

Dated: September 14, 2022  
       New York, New York

                                              JOHN P. CRONAN  
                                      United States District Judge